```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE QUEZADA, Individually, and
on behalf of himself and all others
similarly situated,

                        Plaintiff,                    22-CV-4531 (ALC) (KHP)

          -against-                     **ORDER ADJOURNING INITIAL**
                                                          **CASE MANAGEMENT**
NELSON'S GREEN BRIER DISTELLERY, LLC,        **CONFERENCE**

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on September 2, 2022 (doc. no 11) the Initial Case Management Conference currently scheduled for **September 13, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:      New York, New York
                 September 7, 2022

                                                   */s/ Katharine H. Parker*
                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge